IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL CORIA-BUSTOS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-09-CV-2378-O |
| | § | |
| JEFF DAVIS, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has entered his Findings and Recommendation in this case. This document is dated April 2, 2010 and was served on Plaintiff Miguel Coria-Bustos by mail postmarked April 5, 2010. Pursuant to Fed. R. Civ. P. 72 and Fed. R. Civ. P. 6, the time for Plaintiff to file objections to the Magistrate Judge's findings has expired, and no objections have been filed.

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

It is, therefore, **ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Accordingly, Plaintiff's complaint should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). The Court will enter a judgment consistent with this order.

So ORDERED this **28th** day of **April, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**